■ In the Matter of JOHN RIVERA, a Suspended Attorney. [673 NYS2d 904] —Motion for an order confirming the Hearing Panel's report and recommendation and reinstating petitioner granted, and petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective immediately. No opinion. Concur—Sullivan, J. P., Nardelli, Wallach, Rubin and Tom, JJ.